AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornak, Mark R. | U.S. Dist. Ct., W.D. Pa. | 07/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Power of Attorney | Power of Attorney #1 |
| 3. | Allegheny County Bar Association | Member, Board of Governors, ex officio |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Agreement regarding retirement and withdrawal from the practice of law at the Buchanan Ingersoll & Rooney PC law firm |
| 2. | 1989 | Buchanan Ingersoll & Rooney PC Retirement (Pension and Profit Sharing) Plans |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Trial Advocacy College, University of Virginia | January 3 to 6, 2020 | Charlottesville, VA | Participate in Trial Advocacy College | Meals, lodging and transportation |
| 2. | Pennsylvania Bar Associataion | January 29 to February 2, 2020 | Nassau, Bahamas | Participate in Mid-Year meeting and present CLE Program | Meals, lodging and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SoFi | Refinance loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   PNC Bank Checking Account #1 | A | Interest | J | T | | | | | |
| 2.   PNC Bank Checking Account #2 | | None | J | T | | | | | |
| 3.   PNC Bank Checking Account #3 | A | Interest | J | T | | | | | |
| 4.   PNC Bank Checking Account #4 | A | Interest | J | T | | | | | |
| 5.   PNC Bank Statement Savings Account #1 | A | Interest | J | T | | | | | |
| 6.   Pittsburgh Firefighters Federal Credit Union Cash Account | A | Interest | J | T | | | | | |
| 7.   US Series EE Savings Bonds | B | Interest | K | T | | | | | |
| 8.   US Series I Savings Bonds | B | Interest | K | T | | | | | |
| 9.   Buchanan Ingersoll & Rooney PC Profit Sharing Plan (H) | | | | | | | | | |
| 10.  -Northwestern Mutual Life Select 100 Whole Life Policy | C | Dividend | M | T | | | | | |
| 11.  -T. Rowe Price Stable Value Fund | A | Interest | J | T | | | | | |
| 12.  Estate #1 | | None | | | | | | | |
| 13.  PNC Bank Money Market Account #1 | A | Interest | J | T | | | | | |
| 14.  TIAA-CREF Universal Life Insurance Policy | A | Dividend | J | T | | | | | |
| 15.  Rollover IRA #1 (H) | | | | | | | | | |
| 16.  -New Mexico Fin Authority Revolving FD Taxable Bonds, Series B-2 | B | Interest | K | T | | | | | |
| 17.  -Hildago County (TX) CTFS Bonds, Series B | B | Interest | | | Sold | 08/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -American Mutual Fund, Class F-2 | C | Dividend | M | T | Sold (part) | 01/30/20 | J | A | |
| 19. -FPA Crescent Portfolio Fund | A | Dividend | L | T | | | | | |
| 20. -Intl. Growth and Income Fund, Class F-2 | C | Dividend | | | Sold (part) | 01/30/20 | K | | |
| 21. | | | | | Sold (part) | 02/27/20 | K | | |
| 22. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 23. | | | | | Sold (part) | 07/30/20 | J | | |
| 24. | | | | | Sold | 11/24/20 | L | | |
| 25. -New World Fund Class F-2 | A | Dividend | M | T | Sold (part) | 01/30/20 | J | B | |
| 26. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 27. | | | | | Sold (part) | 07/30/20 | J | C | |
| 28. -Primecap Odyssey Stock Fund | A | Dividend | L | T | Buy (add'l) | 03/02/20 | J | | |
| 29. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 30. | | | | | Sold (part) | 07/30/20 | J | | |
| 31. | | | | | Sold (part) | 09/15/20 | L | E | |
| 32. -Massachussetts State Housing Fin. Agency Bonds, Taxable Series C | A | Interest | J | T | | | | | |
| 33. -Will County (IL) Sch. Dist. #122 Taxable Bonds Series B | A | Interest | K | T | Sold (part) | 10/01/20 | J | A | |
| 34. -Penn Hills (PA) Sch. Dist. Bonds Series B | B | Interest | K | T | Sold (part) | 02/25/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Akron (OH) CTFS Partn. RFDG Baseball Stadium Proj. Taxable Bonds | A | Interest | | | Sold | 12/01/20 | K | A | |
| 36. -Montgomery County (PA) Taxable Series C Bonds | B | Interest | K | T | | | | | |
| 37. -Dodge & Cox Income Fund | B | Dividend | K | T | Buy (add'l) | 03/02/20 | J | | |
| 38. -Loomis Sayles Bond Fund Institutional Class N | C | Dividend | L | T | Buy (add'l) | 04/06/20 | K | | |
| 39. -BrandywineGlobal Opportunities Bond Fund Class IS | B | Dividend | | | Sold | 04/06/20 | K | | |
| 40. -PIMCO Short Asset Investment Fund Institutional Class | A | Dividend | L | T | Sold (part) | 02/27/20 | K | | |
| 41. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 42. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 43. -Vanguard Extended Market Index Fund Admiral Shares | A | Dividend | K | T | Buy (add'l) | 03/02/20 | K | | |
| 44. | | | | | Sold (part) | 03/02/20 | J | B | |
| 45. -MFS Value Fund Class I | A | Dividend | | | Sold (part) | 01/30/20 | J | A | |
| 46. | | | | | Sold | 02/27/20 | K | B | |
| 47. -Federated Hermes Prime Cash Obligations Fund Service Shares | A | Interest | M | T | Redeemed (part) | 01/21/20 | J | | |
| 48. | | | | | Redeemed (part) | 01/27/20 | L | | |
| 49. | | | | | Buy (add'l) | 02/03/20 | L | | |
| 50. | | | | | Redeemed (part) | 02/20/20 | J | | |
| 51. | | | | | Buy (add'l) | 02/26/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 53. | | | | | Redeemed<br>(part) | 03/03/20 | K | | |
| 54. | | | | | Redeemed<br>(part) | 03/18/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 57. | | | | | Redeemed<br>(part) | 04/15/20 | K | | |
| 58. | | | | | Redeemed<br>(part) | 04/20/20 | J | | |
| 59. | | | | | Redeemed<br>(part) | 04/27/20 | J | | |
| 60. | | | | | Redeemed<br>(part) | 05/18/20 | J | | |
| 61. | | | | | Redeemed<br>(part) | 05/20/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 63. | | | | | Redeemed<br>(part) | 06/04/20 | J | | |
| 64. | | | | | Redeemed<br>(part) | 06/18/20 | J | | |
| 65. | | | | | Redeemed<br>(part) | 06/29/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 67. | | | | | Redeemed<br>(part) | 07/20/20 | J | | |
| 68. | | | | | Redeemed<br>(part) | 07/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Redeemed (part) | 07/29/20 | J | | |
| 70. | | | | | Buy (add'l) | 08/03/20 | K | | |
| 71. | | | | | Buy (add'l) | 08/18/20 | K | | |
| 72. | | | | | Redeemed (part) | 08/31/20 | J | | |
| 73. | | | | | Redeemed (part) | 09/11/20 | J | | |
| 74. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 75. | | | | | Redeemed (part) | 09/29/20 | J | | |
| 76. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 77. | | | | | Redeemed (part) | 10/19/20 | J | | |
| 78. | | | | | Redeemed (part) | 10/26/20 | J | | |
| 79. | | | | | Redeemed (part) | 10/29/20 | J | | |
| 80. | | | | | Redeemed (part) | 11/18/20 | J | | |
| 81. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 82. | | | | | Redeemed (part) | 11/30/20 | J | | |
| 83. | | | | | Buy (add'l) | 12/02/20 | K | | |
| 84. | | | | | Redeemed (part) | 12/10/20 | K | | |
| 85. | | | | | Buy (add'l) | 12/15/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 90. | | | | | Redeemed<br>(part) | 12/29/20 | J | | |
| 91.    -T. Rowe Price Overseas Stock Fund Class I | B | Dividend | L | T | Sold<br>(part) | 01/30/20 | J | A | |
| 92. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 94.    -T. Rowe Price Balanced Fund Class I | B | Dividend | L | T | Sold<br>(part) | 01/30/20 | J | A | |
| 95.    -University of Pittsburgh Pa Higher<br>Education Taxable Refinance Bonds | A | Interest | K | T | Buy | 09/19/20 | K | | |
| 96.    -The Growth Fund of America Class F-2 | A | Dividend | M | T | Buy | 02/27/20 | K | | |
| 97. | | | | | Buy<br>(add'l) | 09/15/20 | L | | |
| 98.    -Vanguard Small-Cap Index Fund Admiral<br>Shares | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 99.    -MFS International Growth Fund Class I | A | Dividend | L | T | Buy | 11/24/20 | L | | |
| 100.   -Cash (residual within IRA #1, Pershing<br>LLC is the custodian) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 2--I hold a power of attorney as to a living, competent member of _____ exercised for the first time in 2017.

Part II, Line 1--This Agreement relates to my retirement from the practice of law at my prior law firm. All payments due to me pursuant to this Agreement were made in 2012, but the Agreement remains in force as to the balance of its terms which arguably include reference to a balance remaining in one Retirement Plan, so it is listed.

Part II, Line 2- -This is the date of my first participation in such plan while engaged in the practice of law. It is reported in Part VII, Line 9. The remaining balance is in the 401k component of that Plan. See note below regarding Part VII, Lines 12-13.

Part VII, Line 2- -This is a non-interest bearing account

Part VII, Line 9--The Plan listed on Line 9 remains open, as it was rolled over into IRA #1 in part. It is a 401(k) Plan. These retirement funds are administered and managed by third-parties. All contributions to them relate solely to services performed prior to entering judicial service.

Part VII, Lines 10-11. Consistent with the instructions, I am listing the assets held in this Plan, which is reported at Line 9.

Part VII, Line 12- -Estate #1 is that of _____ and has no assets, other than its status as the plaintiff/claimant in civil/claims proceedings related to the decedent's death. It had no income in 2020 and no defined value at any point in 2020, as its value is entirely contingent on potential future litigation outcomes.

Part VII, Lines 17, 20, 21, 23, 30, 34, 39, and 40--these assets were sold at a loss, so no "gain" is listed. This is the case for any "sold" notation that does not have a corresponding "gain" listed.

Part VII, Line 38--This Loomis Sayles Fund remains the same as the fund reported for 2019, but the investmnet class was changed from "Investor Class" to "Class N".

Part VII, Lines 47 to 90--these are transactions in/out of a money market fund, and there were no gains upon any listed complete or partial redemptions.

Part VII, Line 100--This reflects residual cash in the Rollover IRA #1 as of December 31, 2020. This cash was held by the custodian in its own account (and not an account specified to me or _____ ), generated no income, gain or loss, and had a value of less than $100 as of December 31, 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark R. Hornak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544